AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In re: LLS AMERICA, LLC, Debtor

BRUCE P. KRIEGMAN, Chapter ll Trustee, Plaintiff

v.

PHYLLIS BLEA, et al., Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-479-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff is hereby awarded judgment against Jeff and Tabitha Hughes of costs (i.e. filing fees) in the amount of $250.00 USD, for a total judgment of CAD $10,250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

November 1, 2012  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Virginia Reisenauer  
*(By) Deputy Clerk*  
Virginia Reisenauer