AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re:
LLS America LLC,
    Debtor
Bruce P. Kriegman, Chapter 11 Trustee,
    Plaintiff,
               v.

PHYLLIS BLEA, et al.,
    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-479-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff is hereby awarded judgment against Defendants Terry Kroske and Kathy Kroske in the amount of $10,541.67 USD, plus costs in the amount of $250.00 USD, for a total judgment of $10,791.67 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

November 1, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb