AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

In Re:
LLS America LLC,
      Debtor
Bruce P. Kriegman, Chapter 11 Trustee,
      Plaintiff,
             v.

PHYLLIS BLEA, et al.,
      Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-479-RMP

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED Plaintiff is hereby awarded judgment against Defendant Arlene Johanson in the amount of CAD $25,989.53, plus costs in the amount of $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

November 1, 2012
*Date*

JAMES R. LARSEN
*Clerk*
  s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb