1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                            EASTERN DISTRICT OF WASHINGTON

7    In Re:

8    LLS AMERICA, LLC,                          NO:  CV-12-479-RMP

9                        Debtor,                  Bankr. Case No. 09-06194-PCW11

10   BRUCE P. KRIEGMAN, solely in his            Adv. Proc. No. 11-80294
     capacity as court-appointed Chapter 11
11   Trustee for LLS America, LLC,               DEFAULT JUDGMENT

12                       Plaintiff,

13   v.

14   PHYLLIS BLEA., et al,

15                       Defendants.

16

17         THIS MATTER came on consideration upon the Motion of Plaintiff for

18   Entry of Default and Judgment against Defendant Eric Garcia, and it appearing

19   from the file and records of this Court in this cause that the default judgment

20   (Bkcy. Dkt. No. 121) entered by the Bankruptcy Court should be deemed proposed


DEFAULT JUDGMENT ~ 1

findings of fact and conclusions of law, and that entering final default judgment in conformity with the default judgment entered by the Bankruptcy Court is appropriate,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant Eric Garcia, as follows:

1. Monetary Judgment in the amount of $23,961.54 USD, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of $23,961.54 USD made to the Defendant Eric Garcia within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendant Eric Garcia are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Eric Garcia for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

4. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

1      5. Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00

2 USD, for a total judgment of $24,211.54 USD, which shall bear interest equal to

3 the weekly average of one-year constant maturity (nominal) treasury yield as

4 published by the Federal Reserve System.

5      The District Court Clerk is directed to enter this Order, enter judgment as

6 outlined above, and provide copies to counsel and to Judge Patricia C. Williams.

7      DATED this 1st day of November 2012.

8

9

10                      *s/ Rosanna Malouf Peterson*

                     ROSANNA MALOUF PETERSON

11                      Chief United States District Court Judge

12

13

14

15

16

17

18

19

20

DEFAULT JUDGMENT ~ 3