UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>PHYLLIS BLEA., et al,<br><br>                    Defendants. | NO: CV-12-479-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80294<br><br>DEFAULT JUDGMENT |

      THIS MATTER came on consideration upon the Motion of Plaintiff for Entry of Default and Judgment against Defendant SPS Holdings, and it appearing from the file and records of this Court in this cause that the default judgment (Bkcy. Dkt. No. 125) entered by the Bankruptcy Court should be deemed proposed

DEFAULT JUDGMENT ~ 1

findings of fact and conclusions of law, and that entering final default judgment in conformity with the default judgment entered by the Bankruptcy Court is appropriate,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against Defendant SPS Holdings, as follows:

1. Monetary Judgment in the amount of CAD $10,650.00, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $10,650.00 made to the Defendant SPS Holdings within four years prior to the Petition Filing Date are hereby avoided and Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendant SPS Holdings are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant SPS Holdings for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

4. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

DEFAULT JUDGMENT ~ 2

1    5. Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00
2    USD, for a total judgment of CAD $10,650.00 , plus $250.00 USD, which shall
3    bear interest equal to the weekly average of one-year constant maturity (nominal)
4    treasury yield as published by the Federal Reserve System.

5    The District Court Clerk is directed to enter this Order, enter judgment as
6    outlined above, and provide copies to counsel and to Judge Patricia C. Williams.

7    DATED this 1st day of November 2012.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge

DEFAULT JUDGMENT ~ 3