AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 19, 2022**

SEAN F. McAVOY, CLERK

LLS AMERICA, LLC,
                *Debtor,*
              v.

BRUCE P. KRIEGMAN, solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC,
              *Plaintiff,*

ERIC GARCIA,
              *Defendant.*

Civil Action No. 2:12-CV-479-RMP

## AMENDED JUDGMENT IN A CIVIL ACTION

☑ other: The Judgment is extended for ten (10) years from November 1, 2022. Interest will continue to accrue at the rate of the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System. Pursuant to RCW 6.17.020(3), 4.64.030(2)(a), the following shall be included on the first page of the amended judgment:

Judgment Creditor: Plaintiff Bruce P. Kriegman solely in his capacity as the court-appointed Chapter 11 Trustee for LLS America, LLC and the Liquidating Trustee under the Liquidating Trust made pursuant to the Chapter 11 Trustee's and Official Committee of Unsecured Creditor's Second Modified Plan of Liquidation dated as of November 27, 2012.

**Attorney for Judgment Creditor:**    Witherspoon Kelley
**Judgment Debtor:**    Eric Garcia
**Original Amount of Judgment:**    $24,211.54 USD
**Interest under Judgment:**    $433.90 USD
(11/02/2012 – 10/14/2022)
(.18% for 3,634 days)
**Recoverable Costs – Application Fee:**    $402.00 USD
**New Total Judgment:**    $25,047.44 USD
**Interest Rate:**    .18% per annum

☑ decided by Judge  Rosanna Malouf Peterson  on a motion to alter judgment by extending judgment.

Date: December 19, 2022

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
(By) Deputy Clerk
Sara Gore